**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 18-04552-5-SWH   Judge: Stephani W. Humrickhouse | Trustee Name: | Algernon L. Butler, III |
|---|---|---|---|
| Case Name: | DEL BUONO, PATRICIA A. | Date Filed (f) or Converted (c): | 09/11/18 (f) |
| | | 341(a) Meeting Date: | 10/30/18 |
| For Period Ending: 12/31/18 | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| No Assets To Report | | | | | | | |
| TOTALS (Excluding Unknown Values) | $0.00 | $0.00 | | $0.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/31/2018: The Trustee has requested information from the Debtor regarding the status of the flood buyout on her residence to determine if the property could be an asset of the estate. Closing date depends on outcome but is estimated to be December 31, 2019.

Initial Projected Date of Final Report (TFR): 06/30/19     Current Projected Date of Final Report (TFR): 06/30/19

/s/   Algernon L. Butler, III
_____   Date: 01/28/19
ALGERNON L. BUTLER, III

LFORM1EX    Ver: 21.00a